IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JEAN-PIERRE K. THOMAS,                          1:08-cv-00689-OWW-DLB (PC)

                    Plaintiff,                  ORDER GRANTING PLAINTIFF'S
                                                SECOND MOTION TO EXTEND TIME TO
                                                SERVE DEFENDANT M. GARCIA
          vs.
                                                (Motion# 33 & 34)
M. GARCIA, et al.,
                                                JUNE 28, 2010 DEADLINE
                    Defendants.

_____/

        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
1983.  On May 3, 2010, plaintiff filed a motion to extend time to serve Defendant M. Garcia.
Plaintiff has asked for several lengthy extensions of time regarding service of process on
Defendant M. Garcia.  This is Plaintiff's last extension for this purpose.  Good cause having
been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY
ORDERED that:

        Plaintiff is granted up to and including June 28, 2010 in which to serve Defendant M.
Garcia.

        IT IS SO ORDERED.

        Dated:   **May 13, 2010**              _____ **/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE