# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GARCIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00689-OWW-DLB PC<br><br>ORDER DENYING REQUEST FOR APPROVED CORRESPONDENCE WITH POTENTIAL WITNESSES WITHOUT PREJUDICE<br><br>(Doc. 34) |

Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  He is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 18, 2010, Plaintiff filed a motion requesting that the Court order approval for Plaintiff to correspond with potential inmate witnesses.

Plaintiff's request is denied, without prejudice.  Inmates may correspond with other inmates, pursuant to title 15, section 3139 of the California Code of Regulations, by contacting their correctional counselor.  Plaintiff should utilize the prison institution's procedures prior to seeking a court order.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion requesting a court order for approved correspondence with inmate witnesses is DENIED, without prejudice.

IT IS SO ORDERED.

　　Dated:　**June 1, 2010**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1