# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>M. GARCIA, et al.,<br><br>          Defendants. | 1:08-CV-00689-OWW-DLB PC<br><br>ORDER GRANTING REQUEST FOR ISSUANCE OF NEW SUMMONS FOR DEFENDANT **M. P. GARCIA**<br><br>(ECF NO. 38)<br><br>SERVICE OF PROCESS DEADLINE EXTENDED **SIXTY DAYS** |

Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Bonilla and M. Garcia for violation of the Eighth Amendment. Pending before the Court is Plaintiff's motion requesting issuance of a new summons. Plaintiff contends that the correct name of Defendant is "M. P. Garcia," not "M. Garcia." (Mot. 1.) Plaintiff contends there are at least four officers named M. Garcia at Kern Valley State Prison. (Mot. 2.)

The Court will grant Plaintiff's request. Accordingly, it is HEREBY ORDERED that

1. The Clerk of the Court is directed to issue and send Plaintiff one (1) summons;

2. Plaintiff shall complete service of process on Defendant M. P. Garcia, pursuant to the Court's October 20, 2009 Order (ECF No. 20), within **sixty (60) days** from the date of service of this order; and

3. Plaintiff's failure to timely complete service of the complaint on Defendant M. P. Garcia may result in dismissal of this action against that defendant. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   July 13, 2010           /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

1