IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS, | 1:08-CV-00689-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT EXTENSION OF TIME TO PROVIDE FURTHER INFORMATION |
| v. | (DOC. 45) |
| M. GARCIA, et al., | NOVEMBER 5, 2010 DEADLINE |
| Defendants. | |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2010, in response to an order to show cause, Defendant requested an extension of time to provide further information regarding Plaintiff's request for subpoena. Good cause appearing, it is HEREBY ORDERED that Defendant's request is GRANTED. Defendant is granted up to and including November 5, 2010, in which to provide further response.

IT IS SO ORDERED.

Dated:   **November 3, 2010**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE