IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>            Plaintiff,<br><br>   vs.<br><br>GARCIA, et al.,<br><br>            Defendants.<br>_____/ | 1:08-CV-00689 OWW DLB (PC)<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME TO DISCOVERY CUT-OFF DATE AND DISPOSITIVE MOTION DEADLINE (DOC. 62)<br><br>ORDER DISREGARDING MOTION REGARDING STATUS OF SERVICE (DOC. 63) |

    Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 31, 2011, plaintiff filed a motion to extend time for discovery, and to file dispositive motions. Doc. 62. This motion is a duplicate of Plaintiff's March 9, 2010 motion. Pl.'s Mot., Doc. 32. The Court had previously addressed the March 9, 2010 motion on August 3, 2010. Doc. 41. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed January 31, 2011, is disregarded.

    Plaintiff also filed a motion regarding service of process on Defendant Garcia on April 13, 2011. Doc. 63. As Defendant Garcia has filed an answer to Plaintiff's complaint on May 3, 2011, it is HEREBY ORDERED that Plaintiff's motion, filed April 13, 2011, is disregarded.

    IT IS SO ORDERED.

    Dated:  **May 13, 2011**               **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE