1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   JEAN-PIERRE K. THOMAS,                    1:08-cv-00689-LJO-DLB PC

11             Plaintiff,
                                               ORDER DENYING MOTION FOR
12   v.                                        APPOINTMENT OF COUNSEL

13   M. P. GARCIA, et al.,
                                               ( DOCUMENT # 104)
14             Defendants.
     _____/

15

16          On January 19, 2012, Plaintiff, a California state prisoner proceeding pro se, filed a

17   motion seeking the appointment of counsel pursuant to 28 U.S.C. § 1915(d), now codified at §

18   1915(e)(1).  Pursuant to § 1915(e)(1), "[t]he court may request an attorney to represent any

19   person unable to afford counsel."  This section applies to persons proceeding in forma pauperis.

20   *See Mallard v. United States Dist. Court for Southern Dist.*, 490 U.S. 296, 298 (1989).  Plaintiff

21   is not proceeding in forma pauperis in this action, having paid the filing fee in full.  Thus, the

22   Court lacks statutory authority to appoint counsel to represent Plaintiff.

23          For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY

24   DENIED.

25          IT IS SO ORDERED.

26    **Dated:   March 14, 2012**              _____ **/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
27

28

                                            -1-