# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>              Plaintiff,<br><br>   v.<br><br>M. GARCIA, et al.,<br><br>             Defendants. | CASE NO. 1:08-cv-00689-LJO-DLB PC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO MODIFY SCHEDULE<br><br>(Doc. 111)<br><br>DISPOSITIVE MOTION DEADLINE:<br>April 9, 2012 |

      Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants M. Garcia and Bonilla. Pending before the Court is Defendants' motion to modify the scheduling order, filed March 22, 2012. The matter is submitted pursuant to Local Rule 230(l).

      Good cause is required to modify the Court's schedule. Fed. R. Civ. P. 16(b)(4). The Court finds good cause has been presented by Defendants. Accordingly, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order, filed March 22, 2012, is granted. The dispositive motion deadline is April 9, 2012.

      IT IS SO ORDERED.

      Dated:   **June 20, 2012**           /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE