1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8  JEAN-PIERRE K. THOMAS,                    CASE NO. 1:08-cv-00689-LJO-DLB PC

9                         Plaintiff,          ORDER GRANTING DEFENDANTS'
                                             MOTION TO MODIFY SCHEDULE
10      v.
                                             (Doc. 111)
11  M. GARCIA, et al.,
                                             DISPOSITIVE MOTION DEADLINE:
12                        Defendants.         April 9, 2012

13  _____/

14

15          Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner in the custody of the California

16  Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this

17  civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants M.

18  Garcia and Bonilla.  Pending before the Court is Defendants' motion to modify the scheduling

19  order, filed March 22, 2012.  The matter is submitted pursuant to Local Rule 230(l).

20          Good cause is required to modify the Court's schedule.  Fed. R. Civ. P. 16(b)(4).  The

21  Court finds good cause has been presented by Defendants.  Accordingly, it is HEREBY

22  ORDERED that Defendants' motion to modify the scheduling order, filed March 22, 2012, is

23  granted.  The dispositive motion deadline is April 9, 2012.

24          IT IS SO ORDERED.

25      **Dated:    June 20, 2012**              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28