# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BONILLA, et al.,<br><br>　　　　　Defendants. | Case No. 1:08-cv-00689-LJO-DLB PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO LODGE VIDEO RECORDING (ECF No. 122)** |

　　　　Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants M. Garcia and Bonilla for excessive force in violation of the Eighth Amendment.  Pending before the Court is Defendants' motion to lodge a video recording with the Court in support of their motion for summary judgment, filed June 19, 2012.  The matter is submitted pursuant to Local Rule 230(l).

　　　　Defendants move to lodge a video recording of an interview of Plaintiff conducted on October 6, 2006, which relates to the events alleged in this action.  Good cause shown, it is HEREBY ORDERED that Defendants shall file a copy of the video recording of Plaintiff's interview conducted on October 6, 2006, which will be considered as Exhibit D in support of Defendants' Motion for Summary Judgment, within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

　　　Dated:　**August 2, 2012**　　　　　　　／s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1