IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>M.P. GARCIA, et al,<br><br>    Defendants. | Case No. 1:08-cv-00689 JLT  (PC)<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>(Doc. 133). |

On December 26, 2012, Plaintiff, a California state prisoner proceeding pro se, filed a motion seeking the appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) and 18 U.S.C § 3000(A). Plaintiff previously filed a similar motion to appoint counsel on January 19, 2012. (Doc. 104). In the Court's March 4, 2012 order, the Court informed Plaintiff that because he is not proceeding in forma pauperis in this action, having paid the filing fee in full, the Court lacks statutory authority to appoint counsel to represent Plaintiff. (Doc. 109). Plaintiff status has not changed; thus, the Court still lacks authority to appoint counsel for Plaintiff.

Plaintiff reliance upon 18 U.S.C. § 3000A is misplaced, as §3000A relates to the appointment of counsel for criminal defendants.

///

///

1

For the reasons set forth above, Plaintiff's motion for the appointment of counsel is **HEREBY DENIED**.

IT IS SO ORDERED.

Dated:   **January 9, 2013**                              /s/ **Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE