|  |  |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS, et al.<br><br>                Defendants. | ) Case No.: 1:08-cv-00689 - JLT (PC)<br>)<br>) ORDER REQUIRING PLAINTIFF TO PROVIDE<br>) THE COURT WITH INFORMATION<br>) CONCERNING EACH UNINCARCERATED<br>) WITNESS<br>)<br>) (Doc. 144)<br>)<br>) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 144). Before the Court is Plaintiff's Motion to Subpoena Unincarcerated Witness to Jury Trial." (Doc. 144). In his motion, Plaintiff "moves the Court to send him [a] subpoena, motion, and/or anything" to enable LVN M. Harkins to testify at trial. Id. at 1.

The Court previously informed Plaintiff of the steps he must follow to subpoena an unincarcerated witness who will not voluntarily testify. (Doc. 131 at 3-4 ¶ 4). In relevant part, the Second Scheduling Order, dated December 11, 2012, stated:

> "If Plaintiff wishes to obtain the attendance of one or more unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must first notify the Court in writing of the name and location of each unincarcerated witness. The Court will calculate the travel expense for each unincarcerated witness and notify Plaintiff of the amount(s). **Plaintiff must then, for each witness, serve a money order made payable to the witness for the full amount of the witness's travel expenses plus the daily witness fee of $40.00.** Plaintiff will also be provided with subpoenas for service

> upon the unincarcerated witnesses. Plaintiff should notify the Court of the names and locations of his witnesses, in compliance with step one, as soon as possible."

Id. Plaintiff has not provided the Court with Ms. Harkins' location[1] in his current motion. *See* (Doc. 144).

Accordingly, Plaintiff **SHALL** file a single-page document to the Court setting forth only the full name, to the extent this is known, and location of each unincarcerated witness, including LVN M. Harkins, who Plaintiff wishes to testify at trial and for whom a subpoena is necessary. This document **SHALL** be submitted to the Court within **14 days** of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **May 7, 2013**                         **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court presumes Plaintiff does not know of Ms. Harkins' home address however, if he does not, he must identify, at a minimum, her place of employment.

2