# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. GARCIA, et al.<br>　　　　Defendants. | Case No.: 1:08-cv-00689 - JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A SUPPLEMENT TO HIS PRETRIAL STATEMENT |

Plaintiff Jean-Pierre K. Thomas filed his pretrial statement on April 11, 2013. (Doc. 151) The document contains much of the information required and includes the exhibits Plaintiff wishes to use at trial. However, the document fails to provide the following information which is required by L.R. 281:

　　1.　　A brief summary of the injuries Plaintiff suffered and any ongoing impacts he suffers, if any, from these injuries;

　　2.　　The names and last known addresses of the witnesses Plaintiff intends to present;

　　3.　　The money damages or other relief sought.

///
///
///
///

1

**ORDER**

Therefore, no later than May 30, 2013, Plaintiff SHALL file a supplement to his pretrial statement.

Plaintiff need only address these issues and need not re-file the pretrial statement he filed on April 11, 2013 nor does he need to re-file his trial exhibits.

**<u>Failure to comply with this order may result in an order dismissing this action.</u>**

IT IS SO ORDERED.

Dated: **May 14, 2013**     /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE