UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GARCIA, et al.<br>　　　　　Defendants. | Case No.: 1:08-cv-00689 - JLT (PC)<br><br>ORDER MAKING LODGED VIDEO INTERVIEW AVAILABLE TO BE SHOWN AT TRIAL<br><br>(Doc. 156) |

　　　　Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff presently requests that the Court show Plaintiff's video interview, dated October 6, 2006, at the jury trial beginning July 23, 2013. (Doc. 156 at 1).

　　　　Plaintiff is advised that the Court is in possession of the October 6, 2006 video lodged by Defendants in connection with their motion for summary judgment. Plaintiff has identified this video in his pretrial statement. (Doc. 151 at 26) Thus, Plaintiff may introduce this video, assuming no meritorious objections are made.

IT IS SO ORDERED.

　　Dated:   **May 14, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28