UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT OF CORRECTIONS, et al.<br><br>        Defendants. | Case No.: 1:08-cv-00689 - JLT (PC)<br><br>ORDER NOTIFYING PLAINTIFF OF WITNESS FEES AND COSTS DUE TO SUBPOENA UNINCARCERATED WITNESSES WHO REFUSE TO TESTIFY VOLUNTARILY<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE A SUBPOENA FOR TRIAL TO LVN M. HANKINS<br><br>(Doc. 144 and 160) |

      This action is set for jury trial on July 23, 2013, before the Honorable Jennifer L. Thurston. Pursuant to the Second Scheduling Order dated December 11, 2012, the Court advised Plaintiff that he must "serve a subpoena upon any unincarcerated witness that he wishes to attend." (Doc. 131 at 4). As required, Plaintiff has timely provided the Court with the names and addresses of each unincarcerated witness. (Doc. 160). At present, the Court calculates the witness fees and costs for the unincarcerated witnesses.

      On May 22, 2013, Plaintiff submitted notice that he wishes LVN M. Hankins to testify at his trial. (Doc. 160). LVN M. Hankins was employed at Kern Valley State Prison ("KVSP") at the time Plaintiff's cause of action arose, but her last known place of employment was the California Substance

Abuse Treatment Facility and State Prison ("CSATF") in Corcoran, California in 2008 or 2009.[1] Thus, the Court will issue a subpoena for service at CSTAF.

Plaintiff is notified that for LVN M. Hankins, he must serve a money order in the amount of $111.08, made payable to her and serve it along with the subpoena which will issue following the June 6, 2013, Pretrial Confirmation Hearing.[2]  As Plaintiff is not proceeding *in forma pauperis* it shall be Plaintiff's responsibility to arrange for service of the subpoena along with the money order.  *Service of the subpoena is not effective unless payment of the witness fees is tendered at the time of service.*

**ORDER**

1. The motion to subpoena unincarcerated witness to jury trial (Doc. 144) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to issue a signed subpoena requiring the attendance of LVN M. Hankins at trial on July 23, 2013 at 8:30 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, CA;

3. Plaintiff SHALL arrange for service of the subpoena and is reminded that he must serve a money order made out to M. Hankins in the amount of $111.08 <u>along with</u> the subpoena issued by the Clerk of the Court on M. Hankins.

IT IS SO ORDERED.

Dated:   **May 24, 2013**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff indicates that LVN M. Hankins was last a defendant in McElroy v. Cox, Case No. 1:08-cv-1221-LJO-GSA-PC (E.D. Cal. 2012).  The Court notes that the cause of action in McElroy also arose while LVN M. Hankins was employed at Kern Valley State Prison in 2007.  Thus, McElroy does not instruct as to LVN M. Hankins' current location.

[2] The daily witness fee of $40.00, plus $71.08 for round trip mileage for one day. 28 U.S.C. § 1821.  It is 125.8 miles, round trip, from CSTAF to the U.S. District Court in Bakersfield, California, and the 2013 mileage reimbursement rate is 56.5 cents per mile.