# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>               Plaintiff,<br><br>   vs.<br><br>M.P. GARCIA, et al.,<br><br>               Defendants.<br>_____/ | Case No. **1:08-cv-00689 JLT (PC)**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR COURT APPERANCE FOR MICHAEL KEY, JR., CDCR # T77526**<br><br>DATE: July 23, 2013<br>TIME: 8:30 a.m. (PST) |

      **MICHAEL KEY, JR., CDCR # T77526,** is a necessary and material witness at a trial in this action and is confined at the California State Prison, Sacramento, Prison Road, Represa, CA 95671 in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston for a trial to be held at the United States Courthouse, 510 19th Street, Bakersfield, California on **July 23, 2013, at 8:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**    **Warden, Tim Virga, California State Prison, Sacramento,** P.O. Box 290002, Represa, CA 95671

      **WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 10, 2013**                  **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE