# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>                Plaintiff,<br><br>vs.<br><br>M.P. GARCIA, et al.,<br><br>                Defendants.<br>_____/ | Case No. **1:08-cv-00689 JLT (PC)**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR COURT APPERANCE FOR DAMION EDWARD MOORE, CDCR # J-52867**<br><br>DATE:  July 23, 2013<br>TIME:   8:30 a.m. (PST) |

**DAMION EDWARD MOORE, CDCR # J52867,** is a necessary and material witness at a trial in this action and is confined at the Pleasant Valley State Prison ("KVSP"), 24863 West Jayne Avenue, Coalinga, CA 93210 in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston for a trial to be held at the United States Courthouse, 510 19th Street, Bakersfield, California on **July 23, 2013, at 8:30 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**    **Warden, P.D. Brazelton, PVSP,** P.O. Box 8500, Coalinga, CA 93210

      **WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 10, 2013**                      **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE