# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M. P. GARCIA, et al.,<br><br>　　　　Defendants. | ) Case No.: 1:08-cv-00689 – JLT (PC)<br>)<br>) NOTICE AND ORDER THAT INMATE<br>) LOVOYNE LEE MACON, CDC #H-61214, IS NO<br>) LONGER NEEDED AS A WITNESS IN THESE<br>) PROCEEDINGS, AND THE WRIT OF HABEAS<br>) CORPUS AD TESTIFICANDUM IS<br>) DISCHARGED<br>)<br>) |

Inmate witness Lovoyne Lee Macon, CDC #H-61214, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: 7/23/13

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE