1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    JEAN-PIERRE K. THOMAS,              )   Case No.: 1:08-cv-00689 – JLT (PC)
                                          )
12                     Plaintiff,         )   NOTICE AND ORDER THAT INMATE DAMION
                                          )   MOORE, CDC #J-52867, IS NO LONGER
13         v.                             )   NEEDED AS A WITNESS IN THESE
                                          )   PROCEEDINGS, AND THE WRIT OF HABEAS
14    M. P. GARCIA, et al.,               )   CORPUS AD TESTIFICANDUM IS
                                          )   DISCHARGED
15                     Defendants.        )
                                          )
16                                        )

17    _____

18

19         Inmate Damion Moore, CDC #J-52867, is no longer needed by the Court as a witness in these

20    proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY

21    DISCHARGED.

22    IT IS SO ORDERED.

23    DATED: 7/23/13 _____         _Jennifer L. Thurston_____

24                                      JENNIFER L. THURSTON
                                        UNITED STATES MAGISTRATE JUDGE

25
26
27
28

                                        1