# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>M. P. GARCIA, et al.,<br><br>  Defendants. | Case No.: 1:08-cv-00689 – JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE MICHAEL KEY, CDC #T-77526, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate Michael Key, CDC #T-77526, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: 7/23/13

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE