UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>M. P. GARCIA, et al.,<br><br>    Defendants. | Case No.: 1:08-cv-00689- JLT (PC)<br><br>ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON JULY 24, 2013, AT 8:30 A.M. |

Plaintiff, Jean-Pierre K. Thomas, inmate number C-80782, shall be produced for trial before the United States District Court, 510 19th Street, Bakersfield, California, at 8:30 a.m. on Wednesday, July 24, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 7/23/13

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1