# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS, | ) Case No.: 1:08-cv-00689- JLT (PC) |
| Plaintiff, | ) ORDER REQUIRING PRODUCTION OF |
| v. | ) PRISONER FOR TRIAL ON JULY 25, 2013, AT 8:30 A.M. |
| M. P. GARCIA, et al., | ) |
| Defendants. | ) |

Plaintiff, Jean-Pierre K. Thomas, inmate number C-80782, shall be produced for trial before the United States District Court, 510 19th Street, Bakersfield, California, at 8:30 a.m. on Thursday, July 25, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 7/24/13

Jennifer L. Thurston
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1