UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M.P. GARCIA, et al.,<br><br>    Defendant. | Case No.: 1:08-cv-0689 – JLT (PC)<br><br>ORDER DISREGARDING KEY'S SECOND REQUEST FOR RELIEF<br><br>(Doc. 228) |

    A jury trial was held in this matter between July 23 and July 25, 2013, in the U.S. District Court in Bakersfield, CA. Inmate Michael Key, Jr., appeared and testified on Plaintiff's behalf on July 23, 2013, pursuant to the Court's Order and writ of habeas corpus ad testificandum. (Docs. 166 and 213). Presently, Key requests that the Court "order [Corcoran State Prison] to immediately return [him] to [California State Prison]-Sacramento." (Doc. 228 at 2).

    On August 6, 2013, the Court denied Plaintiff's prior request for the Court to order Plaintiff's return to CSP-Sacramento. (Doc. 227 at 2). The Court reiterates that while the Court does not condone retaliation against a witness, the Court lacks any jurisdiction to address the relief requested. Furthermore, the Court lacks any authority to require the CDCR to take any particular action. The court cannot require the CDCR to place Mr. Key in any particular prison, any particular housing unit at the prison or to require the CDCR to place him in any particular job.

Accordingly, Key's second request for relief (Doc. 228) is **DENIED.** The Court will **STRIKE** any subsequent filings submitted by Keys in this matter.

IT IS SO ORDERED.

Dated: **August 14, 2013**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE