# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PIERRE K. THOMAS. <br><br>    Plaintiff, <br><br>v. <br><br>GARCIA, et al., <br><br>    Defendants. | Case No.  1:08-cv-00689-JLT (PC) <br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR STATUS OF MOTION TO SET ASIDE VERDICT AND FOR A NEW TRIAL** <br><br>**(Doc. 232)** |

    Plaintiff Jean-Pierre K. Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  A jury trial was held in this matter between July 23 and 25, 2013, in the U.S. District Court in Bakersfield, California, which returned a defense verdict, resulting in entry of judgment and case closure on July 26, 2013.

    On December 22, 2014, Plaintiff filed a document entitled "Status of pending motion to set aside the verdict and order a new trial."  (Doc. 232.)  It appears this document was filed with this Court in error as it is directed to the Ninth Circuit Court of Appeals.  Likewise, the attachment to the motion, which is another motion purportedly filed in 2013, was directed to the Ninth Circuit never filed in this Court.

    Accordingly, it is HEREBY ORDERED that Plaintiff's motion for status, filed on

1

December 22, 2014 (Doc. 232) is STRICKEN from the record and no further filings will be accepted in this case.

IT IS SO ORDERED.

    Dated:   **January 20, 2015**                                      **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE